# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **OLACHUKWU NNADILI**, *et al.*, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 02-1620 (ESH) |
| **CHEVRON U.S.A. INC.** | ) | |
| Defendant. | ) | |
| **MARY ABNEY**, *et al.*, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 03-1593 (ESH) |
| **CHEVRON U.S.A. INC.** | ) | |
| Defendant. | ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendant's Motion for Partial Summary Judgment [#110] is **GRANTED IN PART** and **DENIED IN PART**; it is

**FURTHER ORDERED** that **JUDGMENT** shall be entered for defendant on Count One of the Fifth Amended *Nnadili* Complaint and Counts V, VII, and VIII of the Third Amended *Abney* Complaint; it is

**FURTHER ORDERED** that defendant's Motion for Partial Summary Judgment is **DENIED** in all other respects; and it is

**FURTHER ORDERED** that the parties shall meet and confer on all outstanding discovery issues and submit to the Court by June 19, 2006, a joint proposal for the scheduling of the completion of discovery.  A status conference is set for June 26, 2006 at 10:30 a.m.  Any plaintiff who intends to proceed *pro se* must attend the status conference.

**SO ORDERED.**

                                                                                           s/
                                                      ELLEN SEGAL HUVELLE
                                                      United States District Judge

Date: June 1, 2006

Copied to Plaintiffs Deborah and Darrel Johnson and John R. Dunston by U.S. Mail