UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OLACHUKWU NNADILI, *et al.*, : | |
| Plaintiffs, : | |
| v. : | Civil Action No. 02-1620 (ESH) |
| CHEVRON U.S.A. INC., : | |
| Defendant. : | |
| MARY ABNEY, *et al.*, : | |
| Plaintiffs, : | |
| v. : | Civil Case No. 1:03cv01593 (ESH) |
| CHEVRON U.S.A. INC., : | |
| Defendant. : | |

### NOTICE OF WITHDRAWAL OF PENDING MOTIONS
### WITHOUT PREJUDICE

PLEASE TAKE NOTICE that Chevron U.S.A. Inc. hereby withdraws the following motions without prejudice to its right to re-file them, and without prejudice to any position Chevron might take on the matters addressed in the motions:

1. Defendant Chevron's Motion in Limine to Exclude the Testimony of William C. Harvey, filed on December 16, 2006 [155];

2. Defendant Chevron's Motion in Limine to Exclude the Testimony of Robert Simons, filed on December 15, 2006 [154];

3. Defendant's Second Motion To Dismiss Plaintiffs Who Have Failed To

Meet Court-Ordered Discovery Obligations, filed on November 17, 2006 [148].

Respectfully submitted,

September 13, 2007

Richard E. Wallace, Jr. (D.C. Bar No. 367718)
Susan V. Watson (D.C. Bar No. 460633)
WALLACE KING DOMIKE & REISKIN, PLLC
1050 Thomas Jefferson Street, N.W.
Washington, D.C.  20007
Telephone:  202.204.1000
Facsimile:  202.204.1001

Attorneys for Defendant Chevron U.S.A. Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of September 2007, a complete and correct copy of the foregoing Notice of Withdrawal of Pending Motions Without Prejudice was served electronically on the following:

| | |
|---|---|
| Alfonse M. Alfano, Esq.<br>BASSMAN, MITCHELL & ALFANO<br>1707 L Street, N.W.<br>Suite 560<br>Washington, DC 20036 | Gary E. Mason, Esq.<br>Nicholas A. Migliaccio, Esq.<br>THE MASON LAW FIRM<br>1225 19th Street, N.W., Suite 500<br>Washington, DC 20036 |
| Attorneys for Plaintiffs Nnadili, *et al.* | Attorneys for Plaintiffs Nnadili, *et al.* |

The foregoing instrument has also been duly forwarded to the following via U.S. mail:

John R. Dunston
5842 Eastern Avenue, NE
Washington, DC 20011

*Pro se* Plaintiff

Sandra Smith (on behalf of herself and her minor children Rolanda Smith and Erica Sheehee)
741 Oglethorpe Street, NE
Washington, DC 20011

*Pro se* Plaintiffs

Deborah A. Johnson
Darrell L. Johnson
5728 Eastern Avenue, NE
Washington, DC 20011

*Pro se* Plaintiff

_____
Elizabeth S. Ferrell