UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **OLACHUKWU NNADILI**, *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **Civil Action No. 02-01620 (ESH)** |
| ) | |
| **CHEVRON U.S.A. Inc.**, ) | |
| ) | |
| **Defendant.** ) | |
| ) | |
| **MARY ABNEY**, *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **Civil Action No. 03-1593 (ESH)** |
| ) | |
| **CHEVRON U.S.A. Inc.**, ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Defendant has moved to dismiss the claims of the remaining plaintiffs, each of whom have chosen not to participate in the settlement that was approved by the Court on April 17, 2008. This Stipulated Judgment and Order of Dismissal with prejudice resulted in the dismissal of the claims of all 236 plaintiffs in the *Abney* case and the 282 plaintiffs in the *Nnadili* case. At this time, the only plaintiffs remaining in either case are 7 plaintiffs in the *Nnadili* case who are the subject of this motion. Pursuant to the Court's Order of April 22, 2008, plaintiffs were ordered to respond to this motion on or before May 22, 2008. No response has been filed on behalf of Sandra Smith and her minor children, Mary Wilkins, Taswell Wilkins, and Vivian Wilkins. Plaintiff Victoria Johnson has opposed the motion.

Accordingly, defendant's motion to dismiss [Dkt. 189] is **GRANTED** with respect to these plaintiffs and the Court dismisses with prejudice all claims by Sandra Smith and her minor children and it dismisses without prejudice the claims of Mary Wilkins, Taswell Wilkins and Vivian Wilkins.   A status conference is set for July 14, 2008, at 10:00 a.m.  Should plaintiff Victoria Johnson intend to retain counsel, that person should be present for the status conference.

**SO ORDERED**.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

DATE:    May 29, 2008